UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ACE AMERICAN INSURANCE COMPANY, )
)
Plaintiff, )
)
vs. ) Case No. 14-00957-CV-W-BP
)
PATCO ELECTRONICS, LLC, A SUBSIDARY OF TECHNOLOGY RESEARCH CORPORATION, and KOKAM CO., LTC., )
)
Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 19th day of October, 2015, the parties herein having filed a Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Acting Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 10/23/2014